JS-6

# UNITED STATES DISTRICT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE BEDNARIK,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., D/B/A PRINCESS CRUISES AND DOES ONE THROUGH TEN, INCLUSIVE,<br><br>Defendants. | Case No.: 2:18-cv-01788-PLA<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Stipulation for Dismissal with Prejudice (hereinafter "Stipulation"), for good cause appearing, and in consideration of the negotiated settlement executed by them:

IT IS ORDERED:

1. This action is dismissed with prejudice.

2. Each party to bear their own attorney's fees and costs

DATED this 7th day of June, 2019.

*/s/ Paul L. Abrams*
_____
Hon. Paul L. Abrams
United States Magistrate Judge